UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMANDA D. MOSER, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RECEIVABLES MANAGEMENT PARTNERS, LLC,<br><br>    Defendant. | Case No. 1:20-cv-03304-RLY-MG |

## ORDER

This cause coming before the Court on the Stipulation of Dismissal and the Court being fully advised of the premises and having jurisdiction of the subject matter, IT IS HEREBY ORDERED:

1. The above captioned case is dismissed with prejudice as to Plaintiff's individual claims.

2. The above captioned case is dismissed without prejudice as to the class claims.

3. Each party shall bear its own costs and attorney fees.

Dated: 10/06/2021

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record